# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

Pamela Littlefield and Rita K. Decker,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                                                             Case No. 18-2535-JTF-cgc

Legacy Flooring LW LLC,

    Defendant.

## RULE 26(f) REPORT OF PARTIES' DISCOVERY PLAN

1. **Counsel:** The following persons participated in a discovery conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure on October 2, 2018: William B. Ryan and Janelle C. Osowski, counsel for Plaintiffs, and Kannon C. Conway and Laura S. Martin, counsel for Defendant.

2. **Background:** This case involves a putative collective action brought by the Plaintiffs, on behalf of themselves and others similarly situated, against Defendant in which they are seeking unpaid overtime compensation under the Fair Labor Standards Act (FLSA).

2. **Initial Disclosures**: The parties will make their initial disclosures on or before October 19, 2018.

3. **Conditional Certification:**

a. Plaintiffs will file their Motion for Conditional Certification on or before November 2, 2018.

2

    b.    Defendant will file its Response to the Motion for Conditional Certification within twenty-eight (28) days of Plaintiffs' filing of a Motion for Conditional Certification.

    c.    Plaintiffs shall file any reply to Defendant's Response to the Motion for Conditional Certification within fourteen (14) days of Defendant's filing of its response to Plaintiffs' Motion for Conditional Certification.

    d.    The parties agree that the Court's ruling on Plaintiff's Motion for Conditional Certification will play a determining role on the manner in which discovery proceeds in this case.

4.    **Discovery Plan**:

    a.    Whether the case proceeds on an individual basis by the named Plaintiffs or as a collective action, discovery will be needed on all claims and defenses.

    b.    The parties request that the Court conduct a status / scheduling conference, within thirty (30) days after it issues a ruling on Plaintiff's motion for conditional certification.

Respectfully submitted,

/s/William B. Ryan
William B. Ryan – TN Bar #20269
Janelle C. Osowski – TN Bar #31359
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
billy@donatilawfirm.com
janelle@donatilaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served via the Court's ECF system on Mr. Kannon C. Conway and Ms. Laura S. Martin, attorneys for Defendant, Harris Shelton, 6060 Primacy Parkway, Ste. 100, Memphis, TN 38119 on this the 3rd day of October 2018.

/s/William B. Ryan