UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

Pamela Littlefield and Rita K. Decker,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                                  Case No. 18-2535-JTF-cgc

Legacy Flooring LW LLC,

    Defendant.

---

## SCHEDULING ORDER

---

    Pursuant to Local Rule 16.2, the parties conferred via email on October 2, 2018 in compliance with Federal Rule of Civil Procedure 26(f), and agreed upon the matters set forth herein. Present were, William B. Ryan and Janelle C. Osowski, counsel for plaintiffs, and Kannon C. Conway and Laura S. Martin, counsel for defendant. The following dates are established as the final deadlines for:

    **CONSENT TO TRIAL BEFORE THE MAGISTRATE JUDGE:** The parties do not consent to trial before the Magistrate Judge. The parties consent to the magistrate judge for the limited purpose of deciding the Motion for Conditional Certification.

    **INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):** October 19, 2018

    **PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**: on or before November 2, 2018.

    **DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**: Within twenty-eight (28) days of Plaintiffs' filing of a Motion for Conditional Certification, Defendant will file its Response to the Motion for Conditional Certification.

    **PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**: Within fourteen (14) days of Defendant's filing of a Response to Plaintiffs' Motion for Conditional Certification, Plaintiff will file its reply to Defendant's Response to the Motion for Conditional Certification.

**STATUS / SCHEDULING CONFERENCE:** The Court will set a status / scheduling conference within thirty (30) days of its decision on Plaintiffs' motion for conditional certification. At that time, the Court set the discovery deadline and set a trial date.

IT IS SO ORDERED.

*s/John T. Fowlkes, Jr.*

JOHN T. FOWLKES, JR.,
UNITED STATES DISTRICT JUDGE